Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
*And the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>BIOGNOMICS LAB, LLC, a California Limited Liability Company, JON PHILLIP LICATA, an individual, DAVID LEE OTTESTAD, an individual, and JOHN DOE, an unknown business entity,<br><br>        Defendants. | Case No.:  8:22-cv-00940-SPG-DFMx<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S DEFAULT AGAINST BIOGNOMICS LAB, LLC** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff hereby requests that the Clerk enter default against defendant BIOGNOMICS LAB, LLC.  In support of this request, Plaintiff states the following:

1.      On May 6, 2022, Plaintiff filed a Complaint against Defendant BIOGNOMICS LAB, LLC, alleging violations of the Telephone Consumer Protection Act (or the "TCPA") 47 U.S.C. § 227.  (Dkt. 1). *See* Declaration of Mark L. Javitch in Support of Plaintiff's Request for Default, ¶ 3 ("Javitch Decl.").

2.      On June 1, 2022, a process server served a copy of the complaint and summons upon Defendant BIOGNOMICS LAB, LLC.  *See* Dkt. 20; *Id*. ¶ 4.

3.      As of the date of this filing, more than 21 days have passed since serving the summons and complaint upon Defendant BIOGNOMICS LAB, LLC, and Defendant BIOGNOMICS LAB, LLC has yet to plead or otherwise respond to this Court as required by Fed. R. Civ. P. 12.  *Id*. ¶ 5.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant BIOGNOMICS LAB, LLC in accordance with Fed. R. Civ. P. 55(a).

Dated: July 14, 2022                 Respectfully Submitted,

                        By:      /s/ Mark L. Javitch
                                 Mark L. Javitch (California SBN 323729)
                                 Javitch Law Office
                                 480 S. Ellsworth Ave.
                                 San Mateo CA 94401
                                 Tel: (650) 781-8000
                                 Fax: (650) 648-0705

                                 Attorney for Plaintiff
                                 And those similarly situated