1  Mark L. Javitch (CA SBN 323729)
2  Javitch Law Office
   3 East 3rd Ave. Ste. 200
3  San Mateo, CA 94401
4  Telephone: (650) 781-8000
   Facsimile: (650) 648-0705
5  mark@javitchlawoffice.com
6  *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THANE CHARMAN, | Case No.: 8:22-cv-00940-SPG-DFM |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| BIOGNOMICS LAB, LLC, et. al. | |
| Defendants. | |

NOW COMES PLAINTIFF, in his individual capacity, by and through his attorney, to respectfully notify this Honorable Court that this case has settled.  Plaintiff requests that the Court vacate all pending dates and deadlines.  Plaintiff requests the Court allow forty-five (45) days for the Parties to file a stipulation of dismissal. Plaintiff requests that this Court shall retain jurisdiction over this matter until fully resolved.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| Dated: August 15, 2022 | | By: | /s/ Mark L. Javitch_____ |
| | | | Mark L. Javitch (CA SBN 323729) |
| | | | Javitch Law Office |
| | | | 3 East 3rd Ave. Ste. 200 |
| | | | San Mateo, CA 94401 |
| | | | Telephone: (650) 781-8000 |
| | | | Facsimile: (650) 648-0705 |
| | | | mark@javitchlawoffice.com |

*Attorney for Plaintiff*