Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BIOGNOMICS LAB, LLC, a California Limited Liability Company, JON PHILLIP LICATA, an individual, DAVID LEE OTTESTAD, an individual, and JOHN DOE, an unknown business entity,<br><br>Defendants. | Case No.:  8:22-cv-00940-SPG-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff THANE CHARMAN hereby voluntarily dismisses all Defendants, with prejudice, and each side bearing their own costs and attorney's fees.  No answer or motion for summary judgment has been filed.

Dated: September 16, 2022             Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*